IN THE UNITED STATES BANKRUPTCY COURT
EASTERN AND WESTERN DISTRICTS OF ARKANSAS

RE: Earl E. Matlock  CASE NO: 4:07-bk-17136 E
Chapter 13

_____

ORDER DISMISSING CASE
_____

COMES NOW THE COURT, and finds that an Order was entered in the above styled case on

7/30/2009 which required the debtor to make specific payments to the Trustee. The

Order further provided that the case was to be dismissed if the monies were not submitted as required.

From the Court's records herein, and from statements and arguments of counsel, the Court hereby finds

that the monies have not been submitted, and, therefore, the case should be, and it hereby is dismissed

for failure of the debtor to comply with the Court's order of 7/30/2009.


Date: 09/22/2009   /s/   Audrey R. Evans
 _____
 Audrey R. Evans
 U.S. Bankruptcy Judge


cc: Joyce Bradley Babin, Trustee

 Danyelle Walker
 Law Firm Of Danyelle Walker, Pllc
 323 Center St
 Suite 1315
 Little Rock, AR  72201

 Earl E. Matlock
 2201 Cedar Creek Road
 North Little Rock, AR  72116


CW //   {195-Order Dismissing Case}

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN AND WESTERN DISTRICTS OF ARKANSAS

RE: Earl E. Matlock  CASE NO: 4:07-bk-17136 E
Chapter 13

_____

ORDER DISMISSING CASE
_____

COMES NOW THE COURT, and finds that an Order was entered in the above styled case on 7/30/2009 which required the debtor to make specific payments to the Trustee. The Order further provided that the case was to be dismissed if the monies were not submitted as required. From the Court's records herein, and from statements and arguments of counsel, the Court hereby finds that the monies have not been submitted, and, therefore, the case should be, and it hereby is dismissed for failure of the debtor to comply with the Court's order of 7/30/2009.

Date: 09/22/2009  /s/ Audrey R. Evans
_____
Audrey R. Evans
U.S. Bankruptcy Judge

cc:  Joyce Bradley Babin, Trustee

Danyelle Walker
Law Firm Of Danyelle Walker, Pllc
323 Center St
Suite 1315
Little Rock, AR  72201

Earl E. Matlock
2201 Cedar Creek Road
North Little Rock, AR  72116

CW //    {195-Order Dismissing Case}

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN AND WESTERN DISTRICTS OF ARKANSAS

RE:  Earl E. Matlock                                                      CASE NO:   4:07-bk-17136 E
                                                                                          Chapter 13

_____

ORDER DISMISSING CASE
_____

COMES NOW THE COURT, and finds that an Order was entered in the above styled case on 7/30/2009 which required the debtor to make specific payments to the Trustee.  The Order further provided that the case was to be dismissed if the monies were not submitted as required.  From the Court's records herein, and from statements and arguments of counsel, the Court hereby finds that the monies have not been submitted, and, therefore, the case should be, and it hereby is dismissed for failure of the debtor to comply with the Court's order of 7/30/2009.


Date:  09/22/2009                                              /s/   Audrey R. Evans
                                                                   _____
                                                                   Audrey R. Evans
                                                                   U.S. Bankruptcy Judge


cc:   Joyce Bradley Babin, Trustee

      Danyelle Walker
      Law Firm Of Danyelle Walker, Pllc
      323 Center St
      Suite 1315
      Little Rock, AR  72201

      Earl E. Matlock
      2201 Cedar Creek Road
      North Little Rock, AR  72116


CW //        {195-Order Dismissing Case}